Electronic Appearance Sheet

Lloyd Lim, Kean Miller
Client(s): DLP Capital

Rachel Kubanda, Kean Miller
Client(s): DLP Capital

Eric Lockridge, Kean Miller
Client(s): DLP Capital

Seth Kretzer, Law Office of Seth Kretzer
Client(s): receiver over Christopher Bran et al

Jesseca Wilson, Kretzer Firm
Client(s): Assistant to Receiver

Carolyn Carollo, Hendershot Cowart P.C.
Client(s): Spectrum MH LLC

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee

Lloyd Lim, Kean Miller
Client(s): DLP Capital

Rachel Kubanda, Kean Miller LLP
Client(s): DLP Capital

Noah Rodriguez, DLP
Client(s): DLP

Lloyd Lim, Kean Miller
Client(s): DLP Capital

Rachel Kubanda, Kean Miller
Client(s): DLP Capital

Eric Lockridge, Kean Miller LLP
Client(s): DLP Capital

Richard mausbach, none
Client(s): CBMJ INVESTMENTS AND DEVELOPMENT,LLC, EQUITY PARTNER IN OF WESMORELAND PARTNERS LLC

Lloyd Lim, Kean Miller LLP
Client(s): DLP Capital

Lloyd Lim, Kean Miller LLP
Client(s): DLP Capital

Electronic Appearance Sheet

Seth Kretzer, Law Office of Seth Kretzer
Client(s): receiver

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee

Eric Lockridge, Kean Miller LLP
Client(s): DLP Capital

J. Eric Lockridge, Kean Miller LLP
Client(s): DLP Capital

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee

J. Eric Lockridge, Kean Miller LLP
Client(s): DLP Capital

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee

Brendon Singh, Tran Singh LLP
Client(s): Debtors