Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): __22-90324__   Chapter __11__

☑ <u>Check if this is an</u>
<u>amended filing</u>

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| **1. Debtor's name** | Montrose Multifamily Members II, LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 3 3 5 7 2 5 |

**4. Debtor's address**

**Principal place of business**

4203 Montrose Blvd Ste 400
Number          Street

Houston, TX 77006
City                    State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/____ Case number _____
    MM / DD / YYYY

    District _____ When ____/____/____ Case number _____
    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

| Debtor | Montrose Multifamily Members II, LLC | | Case number *(if known)* | 22-90324 |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number       Street | |
| | _____ | |
| | City                                  State       ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Montrose Multifamily Members II, LLC                                   Case number *(if known)*        22-90324
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/20/2023
              MM/ DD/ YYYY

**X** /s/ Christopher Bran                                    Christopher Bran
Signature of authorized representative of debtor          Printed name

Title   Manager for Bran Enterprises, LLC, Managing
        Partner of Debtor

| 18. Signature of attorney | **X** /s/ Susan Tran Adams          Date 01/20/2023 |
|---|---|

Signature of attorney for debtor                              MM/ DD/ YYYY

Susan Tran Adams
Printed name

TRAN SINGH, LLP
Firm name

2502 La Branch St.
Number      Street

Houston                                    TX          77004
City                                       State       ZIP Code

Contact phone                              stran@ts-llp.com
                                           Email address

24075648                                   TX
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name _____ Montrose Multifamily Members II, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 22-90324 _____

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

- ☑ *Amended Schedule* G: Executory Contracts and Unexpected Leases

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 01/20/2023 _____
      MM/ DD/ YYYY

**X** _/s/ Christopher Bran_____
Signature of individual signing on behalf of debtor

_Christopher Bran_____
Printed name

Manager for Bran Enterprises, LLC,
Managing Partner of Debtor_____
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name      Montrose Multifamily Members II, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):      22-90324

☑ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** | |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Independent Bank** | **Checking account** | 7216 | **(Unknown)** |
| **Held in Independent Bank account** 3.2 **(account holder Fairview Investments)** | **Checking account** | | **$57,418.40** |

**4. Other cash equivalents** *(Identify all)*
**None**

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$57,418.40** |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | **Montrose Multifamily Members II, LLC** | Case number *(if known)* | **22-90324** |
|---|---|---|---|
| | Name | | |

| 7.1 | **Montrose Multifamily Members II LLC** | **$55,750.00** |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$55,750.00**

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts Receivable**

| 11a. 90 days old or less: | _____ face amount | - | _____ doubtful or uncollectible accounts | = ..... → | _____ |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **$275,000.00** face amount | - | **$0.00** doubtful or uncollectible accounts | = ..... → | **$0.00** |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:      % of ownership:

**None**

---

Debtor    __Montrose Multifamily Members II, LLC__                    Case number *(if known)* _____**22-90324**_____
              Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    **None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                **$0.00**

---

**Part 5:**  Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- | --- | --- |

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                **$0.00**

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    __Montrose Multifamily Members II, LLC__                    Case number *(if known)* _____22-90324_____
       Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                    _____$0.00__

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

| Debtor | __Montrose Multifamily Members II, LLC__ | | Case number *(if known)* | __22-90324__ |
|---|---|---|---|---|
| | Name | | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

 **None**

**40. Office fixtures**

 **None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

 **None**

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

 **None**

**43. Total of Part 7**

 Add lines 39 through 42. Copy the total to line 86.  $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

 **None**

Debtor    **Montrose Multifamily Members II, LLC**        Case number *(if known)*    **22-90324**

    Name

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

**49.** **Aircraft and accessories**

    **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

**51.** **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.        **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** Real Property

**54.** **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| **Multi-Family 20 Units LTS 5 6 & 7 BLK 13 HYDE PARK HEIGHTS**<br>55.1 **2212 Dunlavy Street Houston, TX 77006** | Fee Simple | (Unknown) | HCAD | $1,879,473.00 |
| **Multi-Family 18 Units LTS 11 & 12 & TR 13A BLK 1 HYDE PARK**<br>55.2 **1507 California Street Houston, TX 77006** | Fee Simple | (Unknown) | HCAD | $1,923,300.00 |
| **Multi-Family 14 Units TRS 15 & 16A BLK 12 MONTROSE**<br>55.3 **606 Harold Street Houston, TX 77006** | Fee Simple | (Unknown) | | $1,135,635.00 |

Debtor    __Montrose Multifamily Members II, LLC__                          Case number *(if known)* _____22-90324_____
      Name

       **Multi-Family 15 Units LTS 4 & 5 BLK 4**   __Fee Simple__      __(Unknown)__     _____    __$1,668,432.00__
       **AVONDALE**
  55.4 __306 STRATFORD ST Houston, TX 77006__

**56.** **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    __$6,606,840.00__

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑No
    ☐Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

**Part 10:**  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
    ☑No. Go to Part 11.
    ☐Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.** **Internet domain names and websites** | | | |
| None | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| None | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| None | | | |
| **65.** **Goodwill** | | | |
| None | | | |

**66.** **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.    __$0.00__

Debtor    **Montrose Multifamily Members II, LLC**          Case number *(if known)*        **22-90324**
          Name

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

Debtor   __Montrose Multifamily Members II, LLC__                     Case number *(if known)* ____22-90324____
       Name

---

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                                  _____ **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    __Montrose Multifamily Members II, LLC__                                    Case number *(if known)* _____22-90324__
     Name

## Part 12:    Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $57,418.40 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $55,750.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | → | $6,606,840.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $113,168.40 | + 91b. $6,606,840.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................. | | $6,720,008.40 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Montrose Multifamily Members II, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 22-90324    Chapter __11__ |

☑ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease<br>Contract to be ASSUMED | Marlatt, Sara M. |
| | **State the term remaining** | 8 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease<br>Contract to be ASSUMED | Browning, Laura C. |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease<br>Contract to be ASSUMED | Maxwell, Emma G. |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease<br>Contract to be ASSUMED | Crockett, Sharika J. |
| | **State the term remaining** | 5 months | |
| | **List the contract number of any government contract** | | |

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Murray, Mariah C. |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 4 months | |
| List the contract number of any government contract | | |

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Davis, Carl |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Pinon, Isis |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 9 months | |
| List the contract number of any government contract | | |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Desmond, Samantha |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Centeno, Roberto |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | Sylva, Randal |
|---|---|---|
| | Contract to be ASSUMED | |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Villagomez, David

State the term remaining — 0 months

List the contract number of any government contract

**2.12**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Priest, Joy

State the term remaining — 0 months

List the contract number of any government contract

**2.13**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Neuman, Maddisen

State the term remaining — 0 months

List the contract number of any government contract

**2.14**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED — Deleon, Josue

State the term remaining — 8 months

List the contract number of any government contract

**2.15**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Smith, Phillip

State the term remaining — 0 months

List the contract number of any government contract

**2.16**

State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Rios, Michael

State the term remaining — 0 months

List the contract number of any government contract

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Pieniazek, Annete |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease  Contract to be ASSUMED | Zold, Amanda L. |
| | **State the term remaining** | 10 months | |
| | **List the contract number of any government contract** | | |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease  Contract to be ASSUMED | Ogden, Kevin M. |
| | **State the term remaining** | 10 months | |
| | **List the contract number of any government contract** | | |
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease  Contract to be ASSUMED | Gardner, Enrico A. |
| | **State the term remaining** | 9 months | |
| | **List the contract number of any government contract** | | |
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease  Contract to be ASSUMED | Draco, Sylas |
| | **State the term remaining** | 9 months | |
| | **List the contract number of any government contract** | | |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease  Contract to be ASSUMED | Jackson, Joanna |
| | **State the term remaining** | 9 months | |
| | **List the contract number of any government contract** | | |

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.23**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Contract to be ASSUMED — Bravo, Antony F.
State the term remaining — 9 months
List the contract number of any government contract

**2.24**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Moran, Arreonah M.
State the term remaining — 0 months
List the contract number of any government contract

**2.25**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Roberts, Dustin
State the term remaining — 0 months
List the contract number of any government contract

**2.26**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Wall, Sarah
State the term remaining — 0 months
List the contract number of any government contract

**2.27**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Towle, John
State the term remaining — 0 months
List the contract number of any government contract

**2.28**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease — Whitaker, Holly
State the term remaining — 0 months
List the contract number of any government contract

Debtor    Montrose Multifamily Members II, LLC                                    Case number *(if known)*          22-90324
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | | |
|---|---|---|---|
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Wilkinson, Alexis F. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 8 months | |
| | **List the contract number of any government contract** | | |
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Gehrig, Jane K. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 8 months | |
| | **List the contract number of any government contract** | | |
| **2.31** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Franzen, Sydney E. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| **2.32** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Vega, Juan A. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| **2.33** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Almassi, Mohamad A. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |
| **2.34** | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease | Tatroe, Jack R. |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |

| Debtor | Montrose Multifamily Members II, LLC | Case number *(if known)* | 22-90324 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 5 months
List the contract number of any government contract —
Farr, Jeffrey T.

**2.36**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 5 months
List the contract number of any government contract —
Basseres, Eugenie A.

**2.37**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 0 months
List the contract number of any government contract —
Faktor, Leroy

**2.38**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 2 months
List the contract number of any government contract —
Dupy, Brandon J.

**2.39**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 3 months
List the contract number of any government contract —
Truong, Hampton V.

**2.40**
State what the contract or lease is for and the nature of the debtor's interest — Tenant Lease / Contract to be ASSUMED
State the term remaining — 3 months
List the contract number of any government contract —
Osborne, Asha N.

Debtor  Montrose Multifamily Members II, LLC                    Case number *(if known)*        22-90324
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.41**

**State what the contract or lease is for and the nature of the debtor's interest**
Tenant Lease

Contract to be ASSUMED

Hollowell, Sidney T.

**State the term remaining**   1 months

**List the contract number of any government contract**

**2.42**

**State what the contract or lease is for and the nature of the debtor's interest**
Tenant Lease

Contract to be ASSUMED

OMalley, Katlynn

**State the term remaining**   9 months

**List the contract number of any government contract**

| Fill in this information to identify the case: |
|---|

Debtor name     Montrose Multifamily Members II, LLC

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known):     22-90324

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $650,000.00 |
| **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $235,061.00 |
| **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $385,207.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor    Montrose Multifamily Members II, LLC                                    Case number (if known)    22-90324
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207                         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                                   page **2**

Debtor   Montrose Multifamily Members II, LLC
         Name

Case number (if known)   22-90324

**5.1.**

Creditor's name

Street

City         State     ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** | | | |
| Creditor's name | XXXX– _ _ _ _ | | |
| Street | | | |
| City         State     ZIP Code | | | |

**Part 3:   Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | SPECTRUM MH, LLC vs. CBMJ INVESTMENTS & DEVELOPMENT, LLC | | 164th Judicial District Court of Harris County of Texas<br>Name<br>201 Caroline St #1231<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2020-20587 | | Houston, TX 77002<br>City         State     ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | EQUITYMULTIPLE 36. LLC vs. BRAN, CHRISTOPHER S | | 190th Judicial District Court of Harris County of Texas<br>Name<br>201 CAROLINE Floor 12<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2020-17918 | | Houston, TX 77002<br>City         State     ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   Montrose Multifamily Members II, LLC                                    Case number (if known)   22-90324
              Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|

Custodian's name

**Case title**                                   **Court name and address**

Street

                                                                                   Name

City                    State     ZIP Code       **Case number**                  Street

                                                 **Date of order or assignment**   City                    State     ZIP Code

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Montrose Multifamily Members II, LLC                                Case number (if known)    22-90324
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | TRAN SINGH, LLP | Attorney's Fee, Due Diligence, Filing Fee (this was pursuant to a joint representation agreement with Montrose Multifamily Members ,LLC, Montrose Multifamily Members II, LLC, Westmoreland Partners, LLC, Norfolk Partners, LLC, MT Vernon Members, LLC, Kipling Partners, LLC, Graustark Members II, LLC, Colquitt 2008, LP) | 10/03/2022 | $85,000.00 |
| | **Address** | | | |
| | 2502 La Branch St. | | | |
| | Street | | | |
| | Houston, TX 77004 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| Debtor | Montrose Multifamily Members II, LLC | Case number (if known) | 22-90324 |
|---|---|---|---|
| | Name | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State    ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>_____<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor   Montrose Multifamily Members II, LLC                                    Case number (if known)        22-90324
          Name

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** _____ Name<br><br>_____ Street<br><br>_____ City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| **19.1** Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor    Montrose Multifamily Members II, LLC                                    Case number *(if known)*    22-90324
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City          State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

Debtor    Montrose Multifamily Members II, LLC                                    Case number *(if known)*    22-90324
_____ Name

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| | | |
| City          State     ZIP Code | | |

**26.** **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Debtor   Montrose Multifamily Members II, LLC                                         Case number (if known)   22-90324
                Name

| Name and address | Dates of service |
|---|---|

26a.1.  GeffenMesher                                              From _____   To _____
        Name

        888 SW 5h Ave Suite 800
        Street


        Portland, OR 97204
        City                          State          ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

       ☑ None

| Name and address | Dates of service |
|---|---|

26b.1.  _____              From _____   To _____
        Name

        _____
        Street


        City                          State          ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
26c.1. | | |

        Name

        Street


        City                          State          ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
       statement within 2 years before filing this case.

       ☑ None

| Name and address |
|---|
26d.1. |

        Name

        Street


        City                          State          ZIP Code

**27.  Inventories**

       Have any inventories of the debtor's property been taken within 2 years before filing this case?

       ☑ No

       ☐ Yes. Give the details about the two most recent inventories.

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **10**

Debtor   Montrose Multifamily Members II, LLC                                      Case number (if known)      22-90324
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fairview Investment Fund III, LP | 119 S. MAIN ST. SUITE 410 Seattle, WA 98104 | Member, Equity Interest Holder | 90.00% |
| Bran Enterprises II, LLC | | Member, Equity Interest Holder | 10.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | | | |
| _____<br>Street | | | |
| _____ | | | |
| _____<br>City            State     ZIP Code | | | |

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Debtor   Montrose Multifamily Members II, LLC                                  Case number *(if known)*   22-90324
              Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/20/2023_____
                    MM/  DD/  YYYY

**X** /s/ Christopher Bran                                    Printed name _____Christopher Bran_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager for Bran Enterprises, LLC, Managing Partner of Debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes